THE STATE EX REL. RUBBERMAID, INC., APPELLEE, *v.* INDUSTRIAL COMMISSION OF OHIO; LOWRY, APPELLANT.

[Cite as *State ex rel. Rubbermaid, Inc. v. Indus. Comm.* (1999), 87 Ohio St.3d 46.]

(No. 99–183—Submitted August 25, 1999—Decided October 13, 1999.)

---

*Critchfield, Critchfield & Johnston, Ltd.,* and *Susan E. Baker,* for appellee.
*James C. Ayers Law Office* and *James C. Ayers,* for appellant.

---

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, J., dissents.

RESNICK and F.E. SWEENEY, JJ., dissent and would reverse the judgment of the court of appeals.